THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS WEBER, Appellant.— Judgment of conviction of the Court of Special Sessions of the City

of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.